# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL SORENSON, an individual, and SWEET HOME SAN DIEGO, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> v. <br><br> CFG FUNDING, LLC, a Washington limited liability company, <br><br> Defendant. | Case No: 07cv 1333BTM (AJB) <br><br> ORDER ON JOINT MOTION FOR ORDER CONTINUING EARLY NEUTRAL EVALUATION CONFERENCE AND FOR TELEPHONIC APPEARANCE BY DEFENDANT CFG FUNDING |

Plaintiffs PAUL SORENSON and SWEET HOME SAN DIEGO, LLC (collectively referred to herein as "SORENSON") and Defendant CFG FUNDING ("CFG"), Joint Motion for issuance of an order granting a continuance of the Early Neutral Evaluation Conference currently scheduled for November 21, 2007 at 10:00 a.m. before the Honorable Anthony J. Battaglia and for order allowing CFG to participate in the Early Neutral Evaluation Conference via telephone was submitted to the Court pursuant to Rule 7.2 of the Local Rules of the United States District Court, Southern District of California.

Based upon the foregoing request, and on consideration of the Joint Motion filed herein and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that:

///

1.  The Early Neutral Evaluation Conference is continued to ***December 19, 2007, at 2:00 p.m.;***

2.  CFG is allowed to appear at the ENEC via telephone;

3.  SORENSON shall have until December 5, 2007, in which to file a Early Neutral Evaluation Conference Brief; and

4.  CFG shall have until December 12, 2007, in which to file a Early Neutral Evaluation Conference Brief.

IT IS SO ORDERED.

DATED:  November 14, 2007

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court